UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH VISCOMI and FIRST DESTINY
REAL ESTATE, INC.,

                     Plaintiffs,

      -vs-

EXCELSIOR INSURANCE COMPANY,

                     Defendant.

**SECOND AMENDED
LIST OF EXHIBITS
TO BE OFFERED BY
EXCELSIOR INSURANCE
COMPANY AT TRIAL**

Civ. Action No.:
5:08-CV-327, NPM/GJD

---

| DEF. No. | *IDENTIFICATION OF EXHIBIT* | *RELEVANCY* |
|---|---|---|
| D-1 | subject policy of insurance | policy under which plaintiffs' claim is made |
| D-5 | summary of plaintiffs' damages calculated by its public adjuster National Fire Adjustment Company (EUO Exhibit 2) | plaintiffs' alleged damages |
| D-6 | sworn statement in proof of loss for the building (EUO Exhibit 3) | plaintiffs' claim under the policy for damage to the building and material misrepresentations |
| D-7 | statement as to full cost for repair or replacement under the replacement cost coverage (EUO Exhibit 4) | plaintiffs' claim under the policy for damage to the building and material misrepresentations |
| D-8 | sworn statement in proof of loss in regard to the claim for business personal property (contents) (EUO Exhibit 5) | plaintiffs' claim under the policy for damage to the contents and material misrepresentations |
| D-9 | floor plan of first floor of the subject property (EUO Exhibit 6) | subject property as it existed on date of loss |
| D-10 | floor plan of second floor of the subject property (EUO Exhibit 7) | subject property as it existed on date of loss |
| D-11 | National Fire Adjustment Co., Inc. inventory of business personal property dated November 2, 2005 (EUO Exhibit 8) | plaintiffs' alleged damages in regard to the contents and material misrepresentations |

| D-12 | multiple listing of the subject property (EUO Exhibit 9) | value of the property around the time of the loss |
|---|---|---|
| D-13 | Apex Mortgage Corporation documents regarding subject property (EUO Exhibit 10) | plaintiff's debt and money receipt by the plaintiff which cannot be accounted for |
| D-14 | mortgage documents for 303 Boyden Street, Syracuse, New York (EUO Exhibit 11) | plaintiff's debt and money receipt by the plaintiff which cannot be accounted for |
| D-15 | mortgage documents related to 4251 Route 31, Hastings, NY, settlement date February 8, 2005 (EUO Exhibit 12) | plaintiff's debt and money receipt by the plaintiff which cannot be accounted for |
| D-16 | appraisal report for Apex Mortgage Corporation, June 19, 2003 (EUO Exhibit 13) | plaintiff's debt and money receipt by the plaintiff which cannot be accounted for |
| D-17 | Partners Trust Bank statements for Carol Ann Gallagher, dated January 24, 2005 through September 22, 2005; and November 22, 2005 through December 21, 2005 (EUO Exhibit 14) | plaintiff's debt and money receipt by the plaintiff which cannot be accounted for |
| D-18 | notice of change of assessment dated January 2, 2003 (EUO Exhibit 15) | decreasing value of the subject property |
| D-19 | notice of change of assessment dated January, 2006 (EUO Exhibit 16) | value of the subject property and land after the fire |
| D-20 | Angelo Chiodo invoice for services, dated December 18, 2004 (EUO Exhibit 17) | pre-existing conditions |
| D-21 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 18) | shows the condition of subject property immediately after the fire |
| D-22 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 19) | shows the condition of subject property immediately after the fire |
| D-23 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 20) | shows the condition of subject property immediately after the fire |
| D-24 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 21) | shows the condition of subject property immediately after the fire |

| D-25 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 22) | shows the condition of subject property immediately after the fire |
| D-26 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 23) | shows the condition of subject property immediately after the fire |
| D-27 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 24) | shows the condition of subject property immediately after the fire |
| D-28 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 25) | shows the condition of subject property immediately after the fire |
| D-29 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 26) | shows the condition of subject property immediately after the fire |
| D-30 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 27) | shows the condition of subject property immediately after the fire |
| D-31 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 28) | shows the condition of subject property immediately after the fire |
| D-32 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 29) | shows the condition of subject property immediately after the fire |
| D-33 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 30) | shows the condition of subject property immediately after the fire |

MURA&STORM, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816

| | | |
|---|---|---|
| D-34 | *The City of Syracuse v. Joseph Viscomi*, confession of judgment sworn to April 18, 2006; handwritten list of competing demolition estimates dated November 30, 2005; letter from Dept. of Community Development to the plaintiff dated April 17, 2006 (EUO Exhibit 31) | value of demolition expenses |
| D-35 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 32) | shows the condition of subject property immediately after the fire |
| D-36 | color photograph of subject property after the fire taken by Daniel Vieau, Origin and Cause Expert retained by Excelsior (EUO Exhibit 33) | shows the condition of subject property immediately after the fire |
| D-37 | Exit Realty franchise agreement (EUO Exhibit 34) | vacancy of the subject property and plaintiff's financial condition |
| D-38 | mortgage documents for 4255 Route 31, Clay, New York (EUO Exhibit 35) | plaintiff's debt and money receipt by the plaintiff which cannot be accounted for |
| D-39 | electric service account activity statement for 1130 W. Genesee Street, Syracuse, dated January 14, 2004 through November 10, 2004; and February 11, 2005 through August 15, 2005 (EUO Exhibit 36) | utility usage and vacancy of the subject property |
| D-40 | Viscomi/Gallagher 2002 US individual tax return documents (EUO Exhibit 37) | plaintiff's finances |
| D-41 | Viscomi/Gallagher 2003 US individual tax return documents (EUO Exhibit 38) | plaintiff's finances |
| D-42 | Viscomi/Gallagher 2004 US individual tax return documents (EUO Exhibit 39) | plaintiff's finances |
| D-43 | US income tax return for an S corporation for First Destiny Real Estate, Inc.; 2004 (EUO Exhibit 40) | plaintiff's finances |
| D-44 | Viscomi/Gallagher 2005 US individual tax return documents(EUO Exhibit 41) | plaintiff's finances |
| D-45 | US income tax return for an S corporation for First Destiny Real Estate, Inc.; 2005 (EUO Exhibit 42) | plaintiff's finances |

MURA&STORM, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816

| D-47 | plaintiff's 2004 short-term capital gains/losses statement - Charles Schwab (EUO Exhibit 44) | plaintiff's finances |
|---|---|---|
| D-48 | plaintiff's 2005 short-term capital gains/losses statement - Charles Schwab (EUO Exhibit 45) | plaintiff's finances |
| D-49 | plaintiff's Verizon Wireless bills dated October 26, 2005 and November 26, 2005 (EUO Exhibit 46) | plaintiff's activities around the time of the fire |
| D-50 | Charles Schwab duplicate record request for plaintiff of account statements from July 31, 2003 to August 31, 2004; October 1, 2004 to October 31, 2004; February 1, 2005 to March 31, 2005; October 31, 2005 to December 31, 2005 (EUO Exhibit 47) | plaintiff's finances and unsubstantiated alleged use of funds from mortgages |
| D-51 | Charles Schwab account statements September 1, 2004 to September 30, 2004; November 1, 2004 to January 31, 2005; April 1, 2005 to September 30, 2005; November 1, 2005 through January 31, 2006; April 1, 2006 to September 30, 2006 (EUO Exhibit 48) | plaintiff's finances and unsubstantiated alleged use of funds from mortgages |
| D-53 | aerial photograph of subject property (EUO Exhibit 50) | describing and identifying subject property |
| D-54 | aerial photograph of subject property; diagram of street grid (EUO Exhibit 51) | describing and identifying subject property |
| D-55 | check ledger for check numbers 1016-1036; 1115-1243; voided checks 1206 and 1227 (EUO Exhibit 52) | plaintiff's finances |
| D-59 | documents received from the City of Syracuse pertaining to property assessments and requested changes in the assessed value by the plaintiff (EBT Exhibit 55) | value of the subject property at the time of the loss |
| D-61 | claim documents received pursuant to the subpoena duces tecum National Fire Adjustment Company pertaining to a claim for loss to property at 1130 Genesee Street, date of loss November 2, 2005 | prior claims and misrepresentations concerning the plaintiffs' claim for contents |

| | | |
|---|---|---|
| D-72 | Claim documents received pursuant to the subpoena duces tecum National Fire Adjustment Company pertaining to a claim for loss to property at 1113 Fayette Street, date of loss December 5, 1994 | prior claims and misrepresentations concerning the plaintiffs' claim for contents |
| D-78 | Investigator Vieau's diagram of the floor plan of the property included with his expert disclosure which shows where ignitable liquid had been introduced | the fires were incendiary in cause and showing the origin of the fires |
| D-79 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-80 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-81 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-82 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-83 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-84 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-85 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-86 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-87 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-88 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |

MURA & STORM, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK  14203
(716) 855-2800 • FAX (716) 855-2816

| D-89 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
|---|---|---|
| D-90 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-91 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-92 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-93 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-94 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-95 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-96 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-97 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-98 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-99 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-100 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-101 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-102 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |

MURA&STORM, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816

| D-103 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
|---|---|---|
| D-104 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-105 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-106 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-107 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-108 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-109 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-110 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-111 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-112 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-113 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-114 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-115 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-116 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |

MURA & STORM, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816

| | | |
|---|---|---|
| D-117 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-118 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-119 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-120 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-121 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-122 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-123 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-124 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-125 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-126 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-127 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-128 | photograph of the subject property after the fire taken by Daniel E. Vieau, Origin & Cause Investigator for Excelsior | origin and cause of the fire and condition of the property immediately after the fire |
| D-130 | Syracuse Police & Fire Department reports pertaining to the fire to the subject property on November 2, 2005. | origin and cause of the subject fire |
| D-131 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |

| D-132 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
|---|---|---|
| D-133 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-134 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-135 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-136 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-137 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-138 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-139 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-140 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-141 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-142 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-143 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-144 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-145 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |

MURA&STORM, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816

| | | |
|---|---|---|
| D-146 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-147 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-148 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-149 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-150 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-151 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-152 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-153 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-154 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-155 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-156 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-157 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-158 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-159 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |

MURA&STORM, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK  14203
(716) 855-2800 • FAX (716) 855-2816

| D-160 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
|---|---|---|
| D-161 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-162 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-163 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-164 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-165 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-166 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-167 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-168 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-169 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-170 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-171 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-172 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-173 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |

Mura&Storm, PLLC • 930 Rand Building • 14 Lafayette Square • Buffalo, New York 14203
(716) 855-2800 • Fax (716) 855-2816

| D-174 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
|---|---|---|
| D-175 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-176 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-177 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-178 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-179 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-180 | photograph taken by the Syracuse Fire/Police Department of the fire damage to the subject property | origin and cause of the subject fire and the building condition immediately after the fire |
| D-181 | documents received from the Wallie Howard, Jr. Center for Forensic Sciences Department of Health, Onondaga County showing test samples being positive for gasoline | cause of the fire |
| D-182 | Syracuse Fire Department report dated June 24, 1996 with respect to the fire located at 201 N. State Street | prior incendiary fire to another one of plaintiff's properties suspected to be caused by gasoline |
| D-183 | Syracuse Fire Department report dated May 28, 1996 with respect to the fire located at 323-35 James Street | prior incendiary fire to another one of plaintiff's properties suspected to be caused by gasoline |
| D-184 | Syracuse Fire Department report dated December 5, 1994 with respect to the fire located at 1113 East Fayette Street | prior incendiary fire to another one of plaintiff's properties suspected to be caused by gasoline |
| D-185 | documents received from attorney Kristen Benson of Smith, Sovik, Kendrick & Sugnet, P.C. under cover letter dated December 8, 2008 pertaining to *John Ventre v. Joseph Viscomi* | plaintiff's finances and other dishonest acts |

MURA & STORM, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816

| | | |
|---|---|---|
| D-186 | documents received pursuant to the subpoena duces tecum to National Grid provided under cover letter dated November 19, 2008 which includes but is not limited to records regarding utility usage | vacancy of the property |
| D-188 | public records pertaining to taxes owed on 303 Boyden Street for 2005 | plaintiff's finances |
| D-189 | public records pertaining to taxes owed on 1130 Genesee Street West (subject property) | plaintiffs' finances and assessed value of the subject property and land |
| D-190 | reservation of rights letter from Excelsior to the plaintiff dated November 3, 2005 | coverage issues |
| D-191 | public records regarding judgments against the plaintiff | plaintiff's finances |
| D-192 | article in The Post Standard dated November 3, 2005 regarding the subject fire | vacancy of the property |
| D-200 | plaintiffs' response to interrogatories | discovery |
| D-205 | plaintiffs' response to defendant's request for admission | discovery |
| D-208 | records relating to Excelsior Insurance Company's payment to Apex Mortgage Corp. | substantiation of Excelsior's counterclaim |
| D-212 | documents produced by the plaintiff with respect to a bank account number 320160029353 in the name of First Destiny Real Estate, Inc. with Key Bank - January 31, 2004 through December 31, 2005 - check nos. 1100 through 1113; 1115 through 1168; 1171 through 1205; 1207 through 1226; 1228 through 1235 | plaintiff's finances and gambling activities |
| D-213 | documents produced by the plaintiff with respect to Carol Ann Gallagher's bank account number 361550286 with Partners Trust Bank - check nos. 181, 182, 250, 313, 323, 377-381, 383, 385-392, 394, 395, 397 | plaintiff's finances |

MURA & STORM, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK  14203
(716) 855-2800 • FAX (716) 855-2816

| | | |
|---|---|---|
| **D-214** | documents produced by the plaintiff with respect to Joseph Viscomi's personal checking account number 203-71586-1 with HSBC - statements from January 14, 2003 through April 10, 2003; December 11, 2003 through October 13, 2004; November 11, 2004 through September 22, 2005 | plaintiff's finances |
| **D-215** | documents produced by the plaintiff with respect to credit card records for a City Advantage account number 5466 1602 0754 5599- September 23, 2004 through January 24, 2006 | plaintiff's finances and gambling activities |
| **D-217** | documents produced by the plaintiff with respect to credit card records with Amazon.com, account number 4640 1820 1249 5911; December 17, 2004 through February 16, 2006 | plaintiff's finances |
| **D-219** | documents produced by the plaintiff with respect to credit card records for a MBNA account number which ends in 4264 2927 5313 2444; December 2003 through February 2004; April 2004 through October 2004; December 2004 through August 2005 | plaintiff's finances and gambling activities |
| **D-220** | documents produced by the plaintiff with respect to credit card records for a MBNA account number which ends in 5329 0318 5407 3515; January 2004 through May 2004; July 2004 through September 2004; November 2004 through November 2005 | plaintiff's finances and gambling activities |
| **D-221** | documents produced by the plaintiff with respect to BSB Bank & Trust, then becoming Partners Trust Bank, accounts no. 0361550286; January 23, 2003 through August 20, 2004; November 22, 2004 through October 24, 2005; December 31, 2005 through January 24, 2006 | plaintiff's finances |

MURA&STORM, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816

| | | |
|---|---|---|
| D-222 | plaintiff's partial Verizon phone records for telephone number 315-476-0710: billing dates December 28, 2003; February 28, 2004 through September 28, 2004; November 28, 2004 through January 28, 2005; September 28, 2005 | vacancy of the property |
| D-223 | call records for Verizon phone in the name of the plaintiff - phone number 315-685-1168: October 31, 2005 through November 7, 2005 | plaintiff's activities on the date of loss |
| D-224 | call records for Verizon phone in the name of the plaintiff - phone number 315-476-0710; records of calls (call detail) October 28, 2005 through November 2, 2005; bills for March 28, 2005, October 28, 2005 and December 7, 2005 | vacancy of property and plaintiff's activities on the date of loss |
| D-225 | account activity statement for the plaintiff for electric service at the subject property from January 14, 2004 through August 15, 2005 | vacancy of the property |
| D-228 | contract to purchase 132 Hovey Street, dated May 18, 2004 | plaintiff's finances |
| D-229 | statement of sale dated December 14, 2003 for 111 Trinity Place, Syracuse, New York | plaintiff's finances |
| D-232 | contract to purchase the subject property by Timothy Thayer, dated November 9, 2006 | plaintiff's finances |
| D-233 | statement of sale between the plaintiff and Timothy Thayer, dated June 22, 2007 | plaintiff's finances |
| D-235 | letter from Peerless to the plaintiff dated February 15, 2008 denying the claim | coverage issues |
| D-236 | Peerless contents estimate | damages |
| D-237 | substantiation of Peerless expenses | counterclaim |
| D-238 | lease agreement between Robert Gregory and First Destiny Real Estate, Inc. | plaintiff's finances |
| D-239 | toll receipt | plaintiff's activities on the night of the fire |
| D-240 | aerial view map | plaintiff's activities on the night of the fire |
| D-241 | aerial view map | plaintiff's activities on the night of the fire |

MURA&STORM, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816

| D-242 | letter from plaintiff to Ashley Hayes, Esq. | plaintiff's finances |
|---|---|---|
| D-244 | First draft of NFA contents inventory (11/02/05) | plaintiff's alleged damages |
| D-245 | Second draft of NFA contents inventory (11/30/05) | plaintiff's alleged damages |
| D-246 | Third draft of NFA contents inventory (12/02/05) | plaintiff's alleged damages |
| D-247 | Fourth draft of NFA contents inventory (12/05/05) | plaintiff's alleged damages |
| D-248 | Final draft of NFA contents inventory (12/12/05) | plaintiff's alleged damages |

DATED:   Buffalo, New York
January 4, 2010

Respectfully submitted,

s/Roy A. Mura

Roy A. Mura, Esq.
Bar Roll No. 502176

**MURA & STORM, PLLC**
*Attorneys for Defendants*
930 Rand Building
14 Lafayette Square
Buffalo, New York 14203
(716) 855-2800
roy.mura@muralaw.com

cc:   Charles L. Falgiatano, Esq.
DEFRANCISCO LAW FIRM
*Attorneys for Plaintiffs*
121 East Water Street
Syracuse, New York 13202
(315) 479-9000
charles@defranciscolaw.com