April 26, 2010

Joseph Viscomi
12 Leitch Avenue
Skaneateles, New York 13152

The Honorable Andrew T. Baxter, U. S. Magistrate Judge
C/O Clerk, U.S. District Court
P.O. Box 7367
100 South Clinton Street
Syracuse, New York 13261-7367

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 27 2010
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Joseph Viscomi, et al.

    Plaintiffs,

    V.

Civil Action No:
08-CV-327

Excelsior Insurance Company, et al.,

    Defendants.

Dear Judge Baxter,

I have received your notice of ruling on Attorney Falgiatano's motion to with draw. At this point I have not hired another Attorney therefore I am proceeding Pro Se. As far as the corporate plaintiff it was stated I could not represent pro se. Is that true even though I am the Plaintiff? I am petitioning the court via this letter to reopen my case. My reasons are the same as I expressed in my notice of opposition to Attorney Falgiatano's motion. I strongly believe the case should be reopened. I understand that a motion 60 has to be filed with the court. Can the court provide me with a blank motion 60 document.

Sincerely,

*[signature]*

Joseph Viscomi

CC: Charles Falgiatano via email