# MURA&STORM, PLLC

| | | |
|---|---|---|
| ROY A. MURA<br>SCOTT D. STORM<br>KRIS E. LAWRENCE<br>ERIC T. BORON<br>MARIANNE C. ZACK<br>BETHANY L. MAZUR<br>SCOTT D. MANCUSO | 930 RAND BUILDING<br>14 LAFAYETTE SQUARE<br>BUFFALO, NEW YORK 14203<br>(716) 855-2800<br>FAX: (716) 855-2816<br>www.muralaw.com<br>nycoveragecounsel.blogspot.com | LEGAL ASSISTANT:<br>DENISE A. METT |

June 29, 2010



Hon. Andrew T. Baxter
United States District Magistrate Judge
United States District Court
Northern Division of New York
100 S. Clinton Street
P.O. Box 7367
Syracuse, New York 13261-7367

          Re:    ***Joseph Viscomi and First Destiny Real Estate, Inc. v. Excelsior Ins. Co.***
                **Case No.:**    5:08-cv-327-NPM-ATB
                **Our File No.:** 62264-PD-3531

Dear Judge Baxter:

       This is merely to inform the Court that plaintiffs have now fully paid the agreed contingent settlement amount of $54,000.00 to my client, defendant Excelsior Insurance Company.

                                        Very truly yours,

                                        MURA&STORM, PLLC

                                        Roy A. Mura

RAM/me

    cc:    Mr. Joseph Viscomi
               Excelsior Insurance Company